JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GEORGE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARASH HASHEMI, individually and doing business as "Law Offices of Arash Hashemi"; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV 18-4215-GW(ASx)<br>*Hon. George H. Wu Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

**ORDER**:

Having reviewed the stipulation of the parties to dismiss this action with prejudice, and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear their respective costs and attorneys' fees as incurred against one another.

SO ORDERED.

Date: September 25, 2018      By: _/s/ George H. Wu_____
Hon. George H. Wu
United States District Judge